82,846-01

**WR-82,846-01**

The trial court refused to follow the rules and sent my writ to your court without ever finding the appropriate facts or making any findings of facts and conclusions of law. I am very concerned and I respectfully request that your court would remand my writ back to the trial court with instructions that that court find the additional needed facts to resolve my grounds. I have stated facts in my writ that if true, might entitle me to habeas corpus relief. I even attached the transcripts to my writ that indisputably proved that my trial judge on the record illegally coerced me to plead guilty.

_(Signature)_

JONATHAN MUÑOZ
(Print Name)

5225 Carousel Drive
Apt. 6
El Paso, Tx 79912

RECEIVED IN
COURT OF CRIMINAL APPEALS
FEB 24 2015
Abel Acosta, Clerk

### Certificate of Service

I hereby certify that a true copy of the foregoing document has been mailed or hand delivered to El Paso County, TX Criminal District Atourny's Office on the 2nd floor of the El Paso County Courthouse, located at 500 E. San Antonio St., El Paso County Courthouse, El Paso, Texas 79901.

_(Signature)_